UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM ALLEN HAWTHORNE,

    Petitioner,

v().                              CASE NO. 3:20cv5856-MCR-EMT

MARK S. INCH,

    Respondent.
_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on July 2, 2021.  ECF No. 14.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 12, is **GRANTED**; and the petition for writ of habeas corpus, ECF No. 7, is **DISMISSED with prejudice** as untimely.

3. A certificate of appealability is **DENIED**.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 9th day of September 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**